FILED
CLERK, U.S. DISTRICT COURT
11/15/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL GAUTIER et al., | Case No. 2:20-cv-08091-MCS-PD |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| LOS ANGELES POLICE DEPARTMENT et al., | |
| Defendants. | |

# VERDICT

We answer the questions submitted to us as follows:

## Fourth Amendment—Judicial Deception

**QUESTION NO. 1:**

*Answer both subquestions.*

Did Plaintiffs Noel Gautier and USA Direct Wholesale, Inc. prove by a preponderance of the evidence that Defendant Alvaro Garzon intentionally or with reckless disregard for the truth submit to a judge a warrant affidavit that contained one or more misrepresentations or omissions material to the finding of probable cause?

    (a)    As to Plaintiff Noel Gautier:

        YES _____

        NO   X

    (b)    As to Plaintiff USA Direct Wholesale, Inc.:

        YES _____

        NO   X

*If you answered Yes to either or both subquestions in Question 1, proceed to Question 2. If you answered No to both subquestions in Question 1, do not answer Questions 2–4, and proceed directly to Question 5.*

**QUESTION NO. 2:**

*Answer only the subquestion(s) for which you answered Yes to a corresponding subquestion in Question 1.*

Did Plaintiffs Noel Gautier and USA Direct Wholesale, Inc. prove by the preponderance of the evidence that Defendant Alvaro Garzon's conduct was the cause of injury?

    (a)    As to Plaintiff Noel Gautier:

        YES  _____

        NO  _____

    (b)    As to Plaintiff USA Direct Wholesale, Inc.:

        YES  _____

        NO  _____

*If you answered Yes to either or both subquestions in Question 2, proceed to Question 3. If you answered No to both subquestions in Question 2, do not answer Questions 3–4, and proceed directly to Question 5.*

**QUESTION NO. 3:**

*Answer only the subquestion(s) for which you answered Yes to a corresponding subquestion in Question 2.*

What damages did Plaintiffs Noel Gautier and USA Direct Wholesale, Inc. prove by a preponderance of the evidence they sustained as a result of Defendant Alvaro Garzon's conduct?

    (a)    As to Plaintiff Noel Gautier:

        $_____

    (b)    As to Plaintiff USA Direct Wholesale, Inc.:

        $_____

*Proceed to Question 4.*

**QUESTION NO. 4:**

*Answer only the subquestion(s) for which you answered Yes to a corresponding subquestion in Question 2.*

Did Plaintiffs prove by a preponderance of the evidence that the conduct of Defendant Alvaro Garzon was malicious, oppressive, or in reckless disregard of Plaintiffs Noel Gautier and USA Direct Wholesale, Inc.'s federal constitutional rights?

    (a)    As to Plaintiff Noel Gautier:

           YES  _____

           NO  _____

    (b)    As to Plaintiff USA Direct Wholesale, Inc.:

           YES  _____

           NO  _____

*Proceed to Question 5.*

## **Negligence**

**QUESTION NO. 5:**

*Answer both subquestions.*

Did Plaintiffs Noel Gautier and USA Direct Wholesale, Inc. prove by a preponderance that Defendant Alvaro Garzon acted negligently toward them?

    (a)    As to Plaintiff Noel Gautier:

           YES  _____

           NO  \_\_\_X\_\_\_\_\_

    (b)    As to Plaintiff USA Direct Wholesale, Inc.:

           YES  _____

           NO  \_\_\_X\_\_\_\_\_

*If you answered Yes to either or both subquestions in Question 5, proceed to Question 6. If you answered No to both subquestions in Question 5, do not answer any further questions, and have the jury foreperson sign and date the verdict form.*

4

**QUESTION NO. 6:**

*Answer only the subquestion(s) for which you answered Yes to a corresponding subquestion in Question 5.*

Did Plaintiffs Noel Gautier and USA Direct Wholesale, Inc. prove by the preponderance of the evidence that Defendant Alvaro Garzon's conduct was a substantial factor in causing their injury?

(a) As to Plaintiff Noel Gautier:

    YES _____

    NO _____

(b) As to Plaintiff USA Direct Wholesale, Inc.:

    YES _____

    NO _____

*If you answered Yes to either or both subquestions in Question 6, proceed to Question 7. If you answered No to both subquestions in Question 6, do not answer any further questions, and have the jury foreperson sign and date the verdict form.*

**QUESTION NO. 7:**

*Answer only the subquestion(s) for which you answered Yes to a corresponding subquestion in Question 6.*

What damages did Plaintiffs Noel Gautier and USA Direct Wholesale, Inc. prove by a preponderance of the evidence they sustained as a result of Defendant Alvaro Garzon's negligence?

(a) As to Plaintiff Noel Gautier:

    $_____

(b) As to Plaintiff USA Direct Wholesale, Inc.:

    $_____

*Proceed to Question 8.*

**QUESTION NO. 8:**

Did Defendants prove by a preponderance of the evidence that Plaintiff Noel Gautier acted negligently?

   YES  _____

   NO   _____

*If you answered Yes, proceed to Question 9. If you answered No, do not answer Questions 9–10, and proceed to Question 11.*

**QUESTION NO. 9:**

Did Defendants prove by a preponderance of the evidence that Plaintiff Noel Gautier's negligence was a substantial factor in causing his injury?

   YES  _____

   NO   _____

*If you answered Yes, proceed to Question 10. If you answered No, do not answer Question 10, and proceed to Question 11.*

**QUESTION NO. 10:**

What percentage of negligence do you assign to each of the following persons? *Your total should equal 100%.*

| | |
|---|---|
| Plaintiff Noel Gautier | _____ |
| Defendant Alvaro Garzon | _____ |
| TOTAL | 100% |

*Proceed to Question 11.*

**QUESTION NO. 11:**

*Answer only the subquestion(s) for which you answered Yes to a corresponding subquestion in Question 6.*

Did Plaintiffs Noel Gautier and USA Direct Wholesale, Inc. prove by clear and convincing evidence that Defendant Alvaro Garzon acted with malice, fraud, or oppression?

    (a)    As to Plaintiff Noel Gautier:

           YES _____

           NO _____

    (b)    As to Plaintiff USA Direct Wholesale, Inc.:

           YES _____

           NO _____

*Proceed to Question 12.*

**QUESTION NO. 12:**

*Answer both subquestions.*

Did Plaintiffs Noel Gautier and USA Direct Wholesale, Inc., prove by a preponderance of the evidence that Defendant Alvaro Garzon was Defendants City of Los Angeles and Los Angeles Police Department's agent or employee and that Defendant Alvaro Garzon was acting within the scope of his agency or employment when he negligently harmed Plaintiffs Noel Gautier and USA Direct Wholesale, Inc.?

    (a)    As to Defendant City of Los Angeles:

        YES _____

        NO _____

    (a)    As to Defendant Los Angeles Police Department:

        YES _____

        NO _____

*Please check your answers to make sure you followed the instructions on this form, and then have the jury foreperson sign and date the verdict form.*

11/15/23                                      REDACTED

Date                                                  Foreperson