**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL GAUTIER, MATTHEW HORTON, and USA DIRECT WHOLESALE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES, and OFFICER ALVARO GARZON, <br><br> Defendants. | Case No. 2:20-cv-08091-MCS-PD <br><br> **JUDGMENT** |

Pursuant to the Court's orders and the jury verdict, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendants Los Angeles Police Department, City of Los Angeles, and Officer Alvaro Garzon, and against Plaintiffs Noel Gautier, Matthew Horton, and USA Direct Wholesale, Inc.

Noel Gautier and USA Direct Wholesale, Inc.'s claim for conversion and all of Matthew Horton's claims are dismissed without prejudice. All other claims are dismissed with prejudice. Plaintiffs shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: June 25, 2024

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE